IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Steven Bernola | Criminal Action No.<br><br>1:14-CR-116-WMR-CCB |

## Government's Motion for Leave to File Dismissal

The defendant in this case died on July 30, 2020. The Government moves to dismiss all charges in the Indictment and prays leave of Court to file the same.

                                  Respectfully submitted,

                                  BYUNG J. PAK
                                    *United States Attorney*

                        By:   Sarah E. Klapman
                               *Assistant United States Attorney*
                              Georgia Bar No. 437221
                              sarah.klapman@usdoj.gov

## Order

Now, to-wit, on the _____ day of August, 2020, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

                                  WILLIAM M. RAY II
                                  UNITED STATES DISTRICT JUDGE